HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
Daniel Ray Helwick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00089-LJO |
|---|---|
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| DANIEL RAY HELWICK, | Hon. Lawrence J. O'Neill |
| Defendant. | |

The defense moves this Court for an order terminating supervised release for the above named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Kimberly Sanchez, as well as United States Probation Officer Laura Del Villar, and neither has any opposition to this motion. *See* Exhibit A: Email Responses from AUSA Sanchez and USPO Del Villar.

Title 18 U.S.C. § 3583(e)(1) grants the court power to terminate a term of supervised release at any time after the expiration of one year of supervised release, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice.

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

On March 15, 2013, Daniel Ray Helwick was sentenced after having pled guilty to one count of importation of cocaine in the Southern District of California in case 3:11-cr-05786-JLS. The Court sentenced Mr. Helwick to 72-months in custody followed by a 60-month term of supervised release (Doc.55). Mr. Helwick was released from prison on May 17, 2016 and is currently doing well on supervision.

Having completed approximately three out of five years of his supervision with no violations, Mr. Helwick has maintained steady employment and/or schooling, provided for his family, fulfilled all his supervision requirements, and has had absolutely no issues while on supervision. Due to this demonstrated compliance with supervision and his ability to be a productive, law-abiding citizen, both the government and probation have no objection to this early termination request. Additionally, Mr. Helwick is nearing completion of his HVAC certification which will lead to better employment opportunities in the future. Mr. Helwick is also engaged to be married. Together with his fiancée, they have four children in their home. Recently, Mr. Helwick was awarded full custody of his biological children in July 2018.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Helwick and in the interests of justice.

                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: May 7, 2019            /s/ *Charles J. Lee*
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DANIEL REY HELWICK

**O R D E R**

Daniel Ray Helwick.is hereby discharged from supervised release, effective immediately, on case 1:16-cr-00089-LJO.

IT IS SO ORDERED.

Dated:  **May 7, 2019**               /s/ Lawrence J. O'Neill              
                                                             UNITED STATES CHIEF DISTRICT JUDGE